```
STEPHANIE NICOLE THRASHER   MOHELA                      WELLS FARGO
4419 HIGHWAY 14             ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
GOODMAN, MS 39079           633 SPIRIT DRIVE            PO BOX 10438
                            CHESTERFIELD, MO 63005      DES MOINES, IA 50306


THOMAS C. ROLLINS, JR.      NELNET
THE ROLLINS LAW FIRM, PLLC  ATTN: CLAIMS
P.O. BOX 13767              PO BOX 82505
JACKSON, MS 39236           LINCOLN, NE 68501


AARONS                      REPUBLIC FINANCE
170 PARKWAY PLZ             5880 TRUSSVILLE CROSSI
KOSCIUSKO, MS 39090         BIRMINGHAM, AL 35235



AFFIRM                      SYNCHRONY BANK
443 IRVING DR               ATTN: BANKRUPTCY
BURBANK, CA 91504           PO BOX 965060
                            ORLANDO, FL 32896


CAPITAL ONE                 TOWER LOAN
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
P.O. BOX 1330               PO BOX 320001
CHARLOTTE, NC 28201         FLOWOOD, MS 39232


COVINGTON CREDIT            TOYOTA FINANCIAL SERV
ATTN: BANKRUPTCY            ATTN: BANKRUPTCY
P.O.BOX 1947                PO BOX 22171
GREENVILLE, SC 29602        TEMPE, AZ 85285


KLS FINANCIAL SERVICES      UMMC
ATTN: BANKRUPTCY            P.O. BOX 3488
991 AVIATION PARKWAY        DEPT 05-077
STE 500                     TUPELO, MS 38803
MORRISVILLE, NC 27560


MCGUFFEE LAW FIRM           UPSTART
P.O. BOX 4219               ATTN: BANKRUPTCY
BRANDON, MS 39047           P.O. BOX 1503
                            SAN CARLOS, CA 94070



MOHELA                      UPSTART NETWORK INC
ATTN: BANKRUPTCY            P.O. BOX 1503
633 SPIRIT DR               SAN CARLOS, CA 94070
CHESTERFIELD, MO 63005
```