**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:   Stephanie Nicole Thrasher                    Case No. 26-00559-JAW
                                                      Chapter 7 Proceedings

**NOTICE OF APPEARANCE**

COMES NOW, Tower Loan of Mississippi, LLC, d/b/a Tower Loan of Yazoo City, by and through its attorney, and files this Notice of Appearance in the above styled action.

This the 2nd day of March, 2026

                                                      /s/ Joseph T. McDaniel
                                                      Joseph T. McDaniel

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176

## CERTIFICATE OF SERVICE

      I do hereby certify that I have this day electronically filed with the Clerk of Court using the ECF system which sent notification, or mailed, via U.S. Mail, postage fully prepaid to non-ECF participants, a true and correct copy of the foregoing notice of appearance of Tower Loan.

| | |
|---|---|
| Thomas Carl Rollins, Jr | Office of the U.S. Trustee |
| trollins@therollinsfirm.com | USTPRegion05.AB.ECF@us.doj.gov |
| | |
| Stephanie Nicole Thrasher | Stephen Smith |
| 4419 Highway 14 | Chapter 7 Trustee |
| Goodman, MS 39079 | |

This the 2nd day of March, 2026

                                                                             /s/ Joseph T. McDaniel
                                                                             Joseph T. McDaniel

Prepared By:

Joseph T. McDaniel
MSB#: 106499
P. O. Box 320001
Flowood, MS 39232
Telephone: (601) 992-0936
Fax: (601) 992-5176