Certificate Number: 17082-MSS-DE-040747919

Bankruptcy Case Number: 26-00559



17082-MSS-DE-040747919

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 17, 2026, at 9:54 o'clock PM MST, STEPHANIE N THRASHER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Southern District of Mississippi.

Date:  March 17, 2026

By:  /s/Orsolya K Lazar

Name:  Orsolya K Lazar

Title:  Executive Director