**PROCEEDING MEMO AND MINUTES OF**
**THE CHAPTER 7 §341(a) MEETING**
**04/03/2026**

IN RE:                                                    CASE NUMBER:  26-00559-JAW
    THRASHER, STEPHANIE NICOLE

APPEARANCES:
(✗) DEBTOR 1                                    ( ) DEBTOR 2 (Wife in Joint Cases)
    (✗) Required picture I.D. produced            ( ) Required picture I.D. produced
    (✗) Required SSN verification produced        ( ) Required SSN verification produced
    (✗) Pay advices received                      ( ) Pay advices received

Credit counseling certificate (✗) filed ( ) not filed.
Tax returns received for 2023, 2024, 2025 (years) on _____ 03/17/2026 _____ (uploaded).
Financial documents were ( ) retained by trustee or ( ) returned to debtor(s) or ( ) forwarded to the Office of the UST.
( ) DEBTOR'S REPRESENTATIVE _____
(✗) ATTORNEY FOR DEBTOR(S): Thomas Carl Rollins, Jr. or substitute:
( ) DEBTOR(S) APPEARED PRO SE
    ( ) YES (NO) – If Pro Se, did anyone assist with preparation?
    ( ) YES (NO) – If Yes, has Debtor completed pro se form?

THE MEETING OF CREDITORS WAS:
(✗) HELD; OR
( ) NOT HELD; OR
( ) NOT CONCLUDED AND IS CONTNUED TO THE _____ DAY OF _____, 20___ AT
    _____ O'CLOCK ___.M.

(✗) YES ( ) NO – Attorney for debtor has filed statement of compensation pursuant to 11 U.S.C.329.

( ) CREDITOR(S) _____

_____

DEBTOR(S) REQUIRED TO:
( ) AMEND Schedules and Statements within (10) days of §341(a) Meeting – Schedule _____
( ) OTHER: _____

_____

In accordance with Rule 6007, FRBP, the trustee announced an intention to abandon any interest in: _____

ADDITIONAL: NOTES: _____

_____

DATED: 04/03/2026

                                STEPHEN SMITH, TRUSTEE

Track # 056 _____ or  Tape # _____, Side _____ Counter Start# _____